**ROUTH CRABTREE OLSEN, P.S.**
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121
FACSIMILE (425) 458-2131

Honorable Judge Karen A. Overstreet
Chapter 13
Hearing Location: Seattle
Hearing Date: October 21, 2009
Hearing Time: 9:30 a.m.

*FILED Western District of Washington OCT 21 2009 U.S. Bankruptcy Court*

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

ALEX M WALKER,

Debtor.

Chapter 13 Bankruptcy

No.: 09-13505-KAO

ORDER SUSTAINING OBJECTION AND DENYING CONFIRMATION OF PROPOSED CHAPTER 13 PLAN

THIS MATTER came before the Court upon U.S. Bank National Association, as Trustee for Residential Loan Trust 2008-2, Mortgage Pass-Through Certificates, Series 2008-2's (hereinafter "Creditor") objection to confirmation of the Chapter 13 plan. The Court having reviewed the files and records and finding that for the reasons stated in the objection that the proposed plan should not be confirmed, NOW THEREFORE, IT IS HEREBY:

ORDERED that Creditor's objection to confirmation is sustained;

IT IS FURTHER ORDERED that confirmation of the proposed Chapter 13 plan filed April 13, 2009 is denied.

IT IS FURTHER ORDERED that Debtor's counsel is required to file and serve an amended plan no later than November 13, 2009. The amended plan must be noted for hearing no later than December 2, 2009.

Dated this 21st day of December, 2009.

/s/ Karen A. Overstreet
U.S. Bankruptcy Judge Karen A. Overstreet

Presented by:

/s/ Jennifer Appaas
Jennifer Appaas, WSBA# 26303
Attorney for U.S. Bank National Association

ORDER SUSTAINING OBJECTION AND
DENYING CONFIRMATION -1

**ROUTH CRABTREE OLSEN, P.S.**
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131