Judge: Karen A. Overstreet
Chapter: 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

ALEX M WALKER,

Debtor.

IN CHAPTER 13 PROCEEDING
NO. 09-13505

APPLICATION FOR REIMBURSEMENT OF
TRUSTEE EXPENSES AND TO PAY FILING FEE

COMES NOW the chapter 13 Trustee and petitions the Court pursuant to Section 503(b) and 1326(a)(2) of the Bankruptcy Code for reimbursement of reasonable expenses incurred in the above case. The plan was not confirmed and the case has been dismissed. This is based on the following expenses incurred by the Trustee's Office:

Office staff time to enter case data into computer system and prepare for 341 meeting:
    3 hours @ $10.00/hour    $    30.00
Computer costs and supplies:    20.00
Additional ongoing staff time beginning May 23, 2009:
    <u>11</u> months @$15.00/month   +   165.00
    $   215.00
Total Trustee's Fees:  -   0.00
Total Amount Owing:  $   215.00

In addition, the Trustee will pay the Chapter 13 filing fee (if not paid), from funds on hand, if any.

Dated: April 07, 2010

/s/ *K. Michael Fitzgerald*
K. Michael Fitzgerald,
WSBA #8115
Chapter 13 Trustee

Chapter 13 Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax:(206) 624-5282

APPLICATION FOR REIMBURSEMENT OF
TRUSTEE EXPENSES AND TO PAY FILING FEE

CM101